ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone:  (702) 577-9300
Direct Line:  (702) 577-9319
Facsimile:  (702) 255-2858
Email:  rschumacher@grsm.com

*Attorneys for Defendants*
*Crown Castle Inc. and New Cingular*
*Wireless PCS, LLC, as successor*
*in interest by merger to McCaw*
*Communications of Nevada, Inc.*

*(margin, sideways)* Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRASS MONKEY, LLC, a Nevada limited liability company,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CROWN CASTLE Inc., and McCaw Communications of Nevada, Inc., dba AT&T Wireless Services, a Nevada Corporation,<br><br>                    Defendants. | Case No.:    2:24-cv-01806-NJK<br><br>(State Court Case No. A-24-902280-C)<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

        Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, it is hereby stipulated and agreed by and between the parties through their respective undersigned counsel, that the time for Defendants Crown Castle Inc. ("Crown Castle") and New Cingular Wireless PCS, LLC ("New Cingular"), as successor in interest by merger to McCaw Communications of Nevada, Inc. ("McCaw"), to respond to the Complaint is extended from October 11, 2024 (the original deadline) to November 1, 2024.

        1.    On September 20, 2024, Plaintiff Brass Monkey, LLC filed a civil action captioned *Brass Monkey, LLC v. Crown Castle Inc. and McCaw Communications of Nevada, Inc. dba AT&T Wireless Services*, Case No. A-24-902280-C, in the Eighth Judicial District of

Clark County. *See* ECF 1-1. Plaintiff provided Defendants and/or their counsel, by email, a copy of the Complaint on or about September 20, 2024.  On September 25, 2024, Defendants filed a Petition for Removal. *See* ECF 1.

2.      The original deadline to respond to the Complaint was October 11, 2024.

3.      The parties stipulate and agree to extend the deadline for Defendants to respond to the Complaint until November 1, 2024.

4.      This is the first stipulation for extension of time to respond to the Complaint.

5.      The stipulated extension is necessary to: (a) allow the Defendants additional time to gather information and investigate the allegations made in the Complaint in order to respond to it, (b) enable the parties to further discuss issues regarding and potential amendments to the Complaint, and/or (c) enable the parties additional time to develop their claims and defenses, and discuss a potential resolution, which discussions are ongoing.

6.      The requested extension does not constitute a waiver of any claim, right, or defense.

7.      The requested extension will not affect any of the other dates set in the case.

///

///

///

///

///

///

///

///

///

///

///

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

8.      Therefore, the parties agree that Defendants' response to the Complaint is now due on or before November 1, 2024.

Dated this the 10th day of October, 2024.

| DAVISON VAN CLEVE, P.C. | GORDON REES SCULLY MANSUKHANI LLP |
|---|---|
| */s/      Robert D. Sweetin* | */s/ Robert E. Schumacher* |
| ROBERT D. SWEETIN, ESQ. | ROBERT E. SCHUMACHER, ESQ. |
| DAKOTA COUNCILMAN, ESQ. | Nevada Bar No. 7504 |
| 4675 W. Teco Ave, Suite 230 | 300 S. 4th Street, Suite 1550 |
| Las Vegas, Nevada 89118 | Las Vegas, NV 89101 |

*Attorneys for Plaintiff*
*Brass Monkey, LLC*

*Attorneys for Defendants*
*Crown Castle Inc. and New Cingular*
*Wireless PCS, LLC, as successor*
*in interest by merger to McCaw*
*Communications of Nevada, Inc.*

**ORDER**

Dated:  October 10, 2024

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

937445251

-3-