ROBERT D. SWEETIN, ESQ.
NEVADA BAR # 12647
DAKOTA COUNCILMAN, ESQ.
NEVADA BAR # 16512
DAVISON VAN CLEVE, P.C.
4675 W. Teco Ave, Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Email: rds@dvclaw.com
*Attorneys for Plaintiff*
BRASS MONKEY, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRASS MONKEY, LLC, A Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>CROWN CASTLE Inc., and McCaw Communications of Nevada, Inc., dba AT&T Wireless Services, a Nevada Corporation.<br><br>Defendants. | Case No.: 2:24-cv-01806-~~NJK~~ CDS-NJK<br><br>**JOINT STATUS REPORT, STIPULATION AND ~~(PROPOSED)~~ ORDER** |

Plaintiff, Brass Monkey, LLC ("Plaintiff"), and Defendants Crown Castle Inc. and McCaw Communications of Nevada, Inc. ("Defendants")[1] (collectively "Parties") by and through their respective counsel of record, hereby submit a report on the status of the case.

---

[1] As explained in their Petition for Removal [ECF 1] and Joint Statement Concerning Removal [ECF 7], Defendants contend that McCaw Communications of Nevada, Inc. ("McCaw") is an improper party as it no longer exists and was merged into a predecessor of New Cingular Wireless PCS, LLC ("New Cingular"), which is the lessee under the lease at issue and owner of the wireless communication facility at issue in this action. *See* ECF 1, ¶¶ 2-21; ECF 7, § 3 and n.1. Thus, the undersigned counsel for the Defendants is counsel for New Cingular, the successor in interest by merger to McCaw.

1

On September 25, 2024, Defendants filed a Petition for Removal. On October 10, 2024, pursuant to this Court's Minute Order [ECF 2], Defendants filed their Joint Statement Concerning Removal [ECF 7] and, on October 11, 2024, in response to the Parties' Stipulation for Extension of Time [ECF 8], this Court entered an Order extending the time for Defendants to respond to the Complaint to November 1, 2024 [ECF 9].

Since the filing of the Petition for Removal, the Parties have engaged in settlement negotiations which are still ongoing. Presently, the Parties have yet to arrive at a mutually agreed upon settlement. However, the parties believe further discussions are warranted as they may resolve this matter without further action from the Court. Thus, the parties respectfully request that the Court further extend the date for Defendants to respond to the Complaint, to November 27, 2024. If the case has not been resolved prior to that time, the Parties will submit a Supplemental Joint Status Report, on or before November 27, 2024.

Dated this 25th day of October 2024.

| | |
|---|---|
| /s/     Robert Schumacher<br>Robert Schumacher<br>Gordon Rees Scully Mansukhani LLP<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>(702) 577-9300<br>Fax: (702) 255-2858<br>Email: rschumacher@grsm.com<br>*Attorney for Defendants* | /s/ Robert D. Sweetin<br>ROBERT D. SWEETIN,<br>NEVADA BAR # 12647<br>DAVISON VAN CLEVE, P.C.<br>4675 W. Teco Ave, Suite 240<br>Las Vegas, Nevada 89118<br>Tel: (702) 600-9949<br>Email: rds@dvclaw.com<br>*Attorneys for Plaintiff* |

Based on the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiff's Complaint in this matter be,

1  and is HEREBY extended to November 27, 2024.  It is FURTHER ORDERED that the Parties

2  submit a Supplemental Status Report on or before November 27, 2024.

3

4  Dated: October 28, 2024                               _____

                                                                  United States Magistrate Judge