ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com

*Attorneys for Defendants*
*Crown Castle Inc., New Cingular*
*Wireless PCS, LLC, and CCATT LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRASS MONKEY, LLC, A Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>CROWN CASTLE Inc., and New Cingular Wireless PCS, LLC, dba AT&T Wireless Services, a Nevada Corporation; CCATT LLC, a Nevada foreign limited-liability company[1]; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS AND BUSINESS ENTITIES I-X, inclusive.<br><br>Defendants. | Case No.: 2:24-cv-01806-CDS-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND ~~(PROPOSED)~~ ORDER**<br>**(First Request)** |

---

[1] The caption is stated in the form included in the Amended Complaint, but New Cingular Wireless PCS, LLC is not a Nevada Corporation, *see* ECF 1, Pet. for Removal, ¶¶ 27, and CCATT is not a Nevada limited liability company. CCATT is a Delaware limited liability company and a citizen of Pennsylvania for diversity jurisdiction purposes.

-1-

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND (PROPOSED) ORDER (First Request)

Plaintiff, Brass Monkey, LLC ("Plaintiff"), and Defendants Crown Castle Inc., New Cingular Wireless PCS, LLC ("New Cingular"), and CCATT LLC ("CCATT") (collectively "Defendants") by and through their respective counsel of record, hereby request that this Honorable Court extend the deadline for the Defendants to respond to Plaintiff's Amended Complaint to January 31, 2025 and in support thereof, submit the following Stipulation and Proposed Order:

On September 25, 2024, Defendants filed a Petition for Removal. Pursuant to an October 10, 2024 Minute Order [ECF 2], Defendants filed their Joint Statement Concerning Removal. [ECF 7]. On October 11, 2024, in response to the Parties' Stipulation for Extension of Time [ECF 8], the Court entered an Order extending the time for the defendants then named in the Complaint to respond to the Complaint to November 1, 2024. [ECF 9]. Subsequently, this Court entered an Order extending that deadline further to November 27, 2024. [ECF 13].

On November 27, 2024, the defendants named in the original Complaint jointly filed a Motion to Dismiss the Complaint. [ECF 14]. Thereafter, on December 11, 2024, Plaintiff filed an Amended Complaint which removed defendant McCaw Communications of Nevada, Inc. from the case and added new defendants New Cingular and CCATT (the "New Defendants"), as well as Doe Individuals I-X and Roe Corporations and Business Entities I-X. [ECF 16].

The current deadline to respond to the Amended Complaint for Defendant Crown Castle Inc., which is the only remaining original defendant, is December 26, 2024. As New Cingular and CCATT have not yet been served, their respective response deadlines have not yet been established.

Thus, to facilitate the parties' ongoing settlement negotiations, resolve issues regarding service of the Amended Complaint, and enable the Defendants to have a uniform deadline to respond to the Amended Complaint, the parties stipulate and agree that: (1) the New Defendants agree to accept service of the Amended Complaint effective on the date of entry of the below

Order; and (2) the deadline for all Defendants, including original defendant Crown Castle Inc., to respond to the Complaint shall be January 31, 2025, and request that the Court entered an Order in accordance with such stipulation and agreement.

Dated this 20th day of December 2024.

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ Robert Schumacher
Robert Schumacher, Esq.
Nevada Bar No. 7504
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
**Attorneys for Defendants Crown Castle Inc., New Cingular Wireless PCS, LLC, and CCATT LLC**

Dated this 20th day of December 2024.

**DAVISON VAN CLEVE, P.C.**

/s/ Robert D. Sweetin
Robert D. Sweetin, Esq.
Nevada Bar No. 12647
4675 W. Teco Ave., Suite 240
Las Vegas, Nevada 89118
**Attorney for Plaintiff**

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for Defendants Crown Castle Inc., New Cingular Wireless PCS, LLC, and CCATT LLC to respond to Plaintiff's Amended Complaint in this matter be, and is HEREBY set for and/or extended to January 31, 2025.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 27, 2024