# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRASS MONKEY LLC,<br><br>　　Plaintiff(s),<br><br>v.<br><br>CROWN CASTLE INC., et al.,<br><br>　　Defendant(s). | Case No. 2:24-cv-01806-CDS-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by February 7, 2025.

IT IS SO ORDERED.

Dated: January 21, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　United States Magistrate Judge

1