# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRASS MONKEY LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>CASTLE CROWN INC., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01806-CDS-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 24] |

Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 24.

Although not particularly strong, the Court will allow special scheduling review given the representations regarding the need for discovery of matters from decades ago. To be 100% clear, however, the mere pendency of the motion to dismiss is <u>not</u> grounds to delay discovery. *E.g.*, *Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 601 (D. Nev. 2011). No party has filed a request to stay discovery addressing the pertinent standards and nothing in this order should be construed as permitting the parties to delay their discovery efforts based on the pendency of the motion to dismiss.

Subject to that caveat, the joint discovery plan is **GRANTED** and deadlines are **SET** as follows:

- Initial Disclosures: February 20, 2025
- Amend pleadings/ add parties: September 19, 2025
- Initial experts: October 20, 2025
- Rebuttal experts: November 19, 2025
- Discovery cutoff: December 19, 2025
- Dispositive motions: January 16, 2026

1

- Joint proposed pretrial order: February 13, 2026, or 30 days after resolution of dispositive motions

In light of the very lengthy discovery period allowed herein, <u>the Court is not inclined to extend these deadlines</u>.

IT IS SO ORDERED.

Dated: February 7, 2025

                                                          _____
Nancy J. Koppe
United States Magistrate Judge