UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brass Monkey LLC, | Case No. 2:24-cv-01806-CDS-NJK |
| Plaintiff | **Order Granting Defendants' Unopposed Motion to Dismiss** |
| v. | |
| Crown Castle, et al., | [ECF No. 23] |
| Defendants | |

This is a breach of contract dispute brought by plaintiff Brass Monkey LLC against defendants Crown Castle Inc. New Cingular Wireless PCS, LLC, and CCATT LLC. Am Compl., ECF No. 16. Defendants removed this action from the Eighth Judicial District Court, Clark County, Nevada on September 25, 2024. *See* Pet. for removal, ECF No. 1. On December 11, 2024, after defendants had filed a motion to dismiss the complaint (ECF No. 14), Brass Monkey filed an amended complaint (ECF No. 16). On January 31, 2025, defendants filed a motion to dismiss the amended complaint. Mot. to dismiss, ECF No. 23. Any opposition to that motion was due by February 14, 2025. *See* ECF No. 23; *see also* LR 7-2(b) (deadline for responses to motions, other than those for summary judgment, is fourteen days after service of the motion). That deadline passed without any response, leaving the motion to dismiss unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem Brass Monkey's failure to respond to the motion to dismiss the amended complaint as consent to granting the motion.

## Conclusion

IT IS THEREFORE ORDERED that defendants' motion to dismiss the amended complaint **[ECF No. 23] is GRANTED**, therefore the first amended complaint is dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: February 25, 2025

_____
Cristina D. Silva
United States District Judge