UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brass Monkey, LLC<br>Plaintiff<br>v.<br>Crown Castle Inc., et al.,<br>Defendants | Case No. 2:24-cv-01806-CDS-NJK<br>**Order Granting New Cingular's Request for an Amended Judgment and Clerk's Certification**<br>[ECF Nos. 34, 35, 36] |

This is a now-closed breach of contract case brought by plaintiff Brass Monkey LLC against defendants Crown Castle, Inc.; New Cingular Wireless PCS, LLC; and CCATT LLC. *See* Am. compl., ECF No. 16. I previously granted the defendants' motion to dismiss the amended complaint without prejudice pursuant to Local Rule 7-2(d). *See* Order, ECF No. 27. Judgment was entered in favor of the defendants on March 26, 2025. J., ECF No. 28. Then, on November 18, 2025, I granted the defendants' motion for attorney's fees. ECF No. 33.

New Cingular has now filed a "request for abstract of judgment" and a "proposed judgment in a civil action." *See* ECF Nos. 34, 35, 36. New Cingular failed to file a motion to explain its "requests." However, given the contents of the filing at ECF Nos. 34–36, it appears New Cingular asks this court to amend the judgment to reflect the fact that I granted the defendants motion for attorney's fees and for a clerk's certification of the judgment in this action to be registered in another district. *See* ECF Nos. 35–36. Although New Cingular failed to comply with Federal Rule of Civil Procedure 7, which addresses what sort of pleadings are allowed, for judicial efficiency, I nonetheless grant its requests for an amended judgment, its request for a clerk's certification, and its request for clarification regarding interest due and owing on the judgment.[1]

[1] New Cingular is cautioned that failure to comply with the rules may result in the court striking rogue filings.

## Conclusion

IT IS HEREBY ORDERED that New Cingular's request for an abstract of judgment **[ECF No. 34] is granted**.

IT IS FURTHER ORDERED that New Cingular's request amended judgment **[ECF No. 35] is granted**.

IT IS FURTHER ORDERED that New Cingular's request for a clerk's certification of the amended judgment in this action to be registered in another district **[ECF No. 36] is granted**.

The Clerk of Court is kindly directed to (1) enter an abstract of judgment, as set forth in ECF No. 34; (2) enter an amended judgment, as set forth in ECF No. 35; and (3) certify the amended judgment, as set forth in ECF No. 36, so it can be registered in another district.

Dated: October 22, 2026

_______________________________
Cristina D. Silva
United States District Judge